**Order entered January 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01405-CV

### GWENDOLYN (DILWORTH) BYARS, Appellant

### V.

### OTHO D. DILWORTH III, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-04374-D**

## ORDER

Before the Court is appellant's, January 20, 2015, second motion to extend time to file brief. We **GRANT** appellant's motion and **ORDER** appellant to file her brief no later than February 20, 2015. We caution appellant that no further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
           JUSTICE